**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| LIANNIS SUAREZ HERNANDEZ, | § | |
| *Petitioner* | § | |
| | § | |
| v. | § | Case No.  SA-26-CV-01587-XR |
| | § | |
| TODD M. LYONS, FIELD OFFICE | § | |
| DIRECTO MIGUEL VERGARA, | § | |
| DIRECTOR DAREN K. MARGOLIN, | | |
| WARDEN, DILLEY IMMIGRATION | | |
| PROCESSING CENTER, | | |
| *Respondents* | | |

### FINAL JUDGMENT

This action was considered by the Honorable Xavier Rodriguez, and the following Judgment is rendered. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

The petition for writ of habeas corpus is **GRANTED** for the reasons set forth in the Court's Order dated April 1, 2026. Petitioner was released from detention in accordance with that Order. ECF No. 9.

The Clerk is **DIRECTED** to **CLOSE** this case.

It is so **ORDERED**.

**SIGNED** this April 7, 2026.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE